1  THOMAS A. SEAMAN
   1 Park Plaza, Suite 370
2  Irvine, CA  92614
   (949) 222-0551
3  Fax (949) 222-0661
   tom@thomasseaman.com
4
   Receiver, *In pro per*
5
                                          NOTE: CHANGES MADE BY THE COURT
6

7

8
                       UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11
   | UNITED STATES OF AMERICA, | Case No. CR 02-485-GAF |
   |---|---|
   | Plaintiff, | ORDER TO DISCHARGE RECEIVER, FUNDS, APPROVE RECEIVER'S FINAL ACCOUNT & REPORT, APPROVE RECEIVER'S FEES, AND  ORDER RECEIVER TO DISTRIBUTE FUNDS |
   | Vs. | |
   | BORIS SHPIRT, | |
   | Defendant. | **Proposed Order Filed Concurrently Herewith]** |
   | | Hearing |
   | | Date:  February 25, 2008<br>Time:  1:30 p.m.<br>Place:  740 |

22     The Court having received no opposition to the Receiver's motion for an
23  order discharging the Receiver, approving the Receiver's Final Account and Report,
24  approving the Receiver's fees, and ordering the Receiver to distribute funds being
25  held by the Receiver, and the Court having reviewed the Receiver's motion, and
26  good cause appearing therefore, makes and enters the following Order:
27     IT IS ORDERED THAT the Receiver is hereby discharged of his duties.
28

-1-

1   IT IS FURTHER ORDERED THAT the Receiver's Final Account & Report
2   is approved as submitted.

3

4   IT IS FURTHER ORDERED THAT the Receiver's fees are approved in the
5   amount of $74,316.50 and the unpaid fees of $45,383.50 are ordered paid from
6   funds held by the Receiver.

7

8   IT IS FURTHER ORDERED THAT the Receiver is ordered to pay the
9   Defendant's indebtedness of $5,370,529.19 to the Plaintiff.

10

11  IT IS FURTHER ORDERED THAT the Receiver is ordered to pay the
12  surplus of $2,660,611.14 to Boris Shpirt, Defendant herein.

13

14  IT IS FURTHER ORDERED THAT the Receiver is authorized to turn over
15  any funds coming into the possession of the Receiver after the filing of the
16  Receiver's motion to the Defendant.

17

18  Date: 2/22/08           **IT IS SO ORDERED:**

19
20
21
22
23  _____
24      The Honorable Gary A. Feess
25
26
27
28